| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA |

ARTURO FERNANDO ALCOCER ROMO, an individual, MARIA ANGEL FREGOSO LAMADRID, an indiviudal,

    Plaintiffs,

v.

METROPOLITAN TRANSIT SYSTEM, a public entity, HERITAGE SECURITY SERVICES, a business entity, CHRIS MINER, an individual, BILL BUCK, an individual, UNIVERSAL PROTECTION SERVICES, GP, INC. a corporation, and DOES 1-10, inclusive,

    Defendants.

CASE NO.: 12-CV-2856 LAB JMA

**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT UNIVERSAL PROTECTION SERVICES, GP, INC.**

[FRCP Rule 41(a)]

    On February 13, 2014, all parties to this action, Plaintiffs ARTURO FERNANDO ALCOCER ROMO and MARIA ANGEL FREGOSO LAMADRID, by and through their attorneys of record, Gilliland & Burgess, by Douglas S. Gilliland, Esq., Defendants METROPOLITAN TRANSIT SYSTEM and CHRIS MINER, by and through their attorneys of record, Wheatley, Bingham & Baker, LLP, by Roger P.

Bingham, Esq., Defendants HERITAGE SECURITY SERVICES and BILL BUCK, by and through their attorneys of record, Gordon & Rees, LLP, by Kenneth S. Perri, Esq. and Defendant UNIVERSAL PROTECTION SERVICES, GP, INC., by and through their attorneys of record, Spray, Gould & Bowers, LLP, by Darren M. Harris, Esq., filed a Joint Motion to Dismiss Defendant UNIVERSAL PROTECTION SERVICES, GP, INC. pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and 41(a)(2).

Good cause appearing, the Court **GRANTS** the parties' Joint Motion to Dismiss Defendant UNIVERSAL PROTECTION SERVICES, GP, INC. with prejudice.

IT IS SO ORDERED.

DATED: February 24, 2014

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge