Douglas S. Gilliland, Esq. (SBN: 157427)
GILLILAND & BURGESS
402 West Broadway, Suite 1760
San Diego, California  92101
TEL: (619) 231-4300  FAX: (619) 231-1599

Attorneys for Plaintiff ARTURO FERNANDO ALCOCER ROMO
and MARIA ANGEL FREGOSO LAMADRID

UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO FERNANDO ALCOCER ROMO, an individual, MARIA ANGEL FREGOSO LAMADRID, an indiviudal,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN TRANSIT SYSTEM, a public entity, HERITAGE SECURITY SERVICES, a business entity, CHRIS MINER, an individual, BILL BUCK, an individual, UNIVERSAL PROTECTION SERVICES, GP, INC. a corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 12-CV-2856 BAS JMA<br><br>**JOINT MOTION TO DISMISS THIS ENTIRE ACTION, ALL DEFENDANTS, ALL CAUSES OF ACTION, WITH PREJUDICE**<br><br>[FRCP Rule 41(a)] |

1

**JOINT MOTION TO DISMISS**

1    COME NOW, all parties to this action, Plaintiffs ARTURO FERNANDO ALCOCER ROMO and MARIA ANGEL FREGOSO LAMADRID, by and through their attorneys of record, GILLILAND & BURGESS, by Douglas S. Gilliland, Esq., Defendants METROPOLITAN TRANSIT SYSTEM and CHRIS MINER, by and through their attorneys of record, Wheatley, Bingham & Baker, LLP, by Roger P. Bingham, Esq., Defendants HERITAGE SECURITY SERVICES and BILL BUCK, by and through their attorneys of record, Gordon & Rees, LLP, by Kenneth S. Perri, and submit this stipulation and Joint Motion to Dismiss Defendant UNIVERSAL PROTECTION SERVICES, GP, INC. pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and 41(a)(2).

All parties to this action attended a Mandatory Settlement Conference in this matter on November 6, 2014 with the Hon. Jan M. Adler presiding.  The case is resolved.  Therefore, all parties to this action now jointly move this Court to have this entire action dismissed with prejudice.

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for Plaintiffs and all Defendants and that I have obtained authorization from all the foregoing signatories to affix their electronic signature to this document.

DATED:  December 19, 2014            GILLILAND & BURGESS


                                     By:   /s/Douglas S. Gilliland
                                           DOUGLAS S. GILLILAND, Esq., attorneys
                                           for Plaintiffs ARTURO FERNANDO
                                           ALCOCER ROMO and MARIA ANGEL
                                           FREGOSO LAMADRID

**JOINT MOTION TO DISMISS**

| | | |
|---|---|---|
| 1 | DATED: December 19, 2014 | Wheatley, Bingham & Baker, LLP |

By: /s/Roger P. Bingham, Esq.
ROGER P. BINGHAM, Esq., attorneys for Defendants METROPOLITAN TRANSIT SYSTEM and CHRIS MINER

DATED: December 19, 2014     Gordon & Rees, LLP

By: /s/Kenneth S. Perri, Esq.
KENNETH S. PERRI, Esq., attorneys for Defendants HERITAGE SECURITY SERVICES and BILL BUCK

**JOINT MOTION TO DISMISS**