|     |     |     |
| --- | --- | --- |
| 1   |     |     |

UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO FERNANDO ALCOCER ROMO, an individual, MARIA ANGEL FREGOSO LAMADRID, an indiviudal,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN TRANSIT SYSTEM, a public entity, HERITAGE SECURITY SERVICES, a business entity, CHRIS MINER, an individual, BILL BUCK, an individual, UNIVERSAL PROTECTION SERVICES, GP, INC. a corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 12-CV-2856 BAS JMA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS THIS ENTIRE ACTION, ALL DEFENDANTS, ALL CAUSES OF ACTION, WITH PREJUDICE**<br><br>[FRCP Rule 41(a)] |

All parties to this action, Plaintiffs ARTURO FERNANDO ALCOCER ROMO and MARIA ANGEL FREGOSO LAMADRID, by and through their attorneys of record, GILLILAND & BURGESS, by Douglas S. Gilliland, Esq., Defendants METROPOLITAN TRANSIT SYSTEM and CHRIS MINER, by and through their attorneys of record, Wheatley, Bingham & Baker, LLP, by Roger P. Bingham, Esq., Defendants HERITAGE SECURITY SERVICES and BILL BUCK, by and through

1

their attorneys of record, Gordon & Rees, LLP, by Kenneth S. Perri, submitted a Joint Motion to Dismiss this Entire Action, All Defendants, All Causes of Action, with Prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and 41(a)(2).

Good cause appearing therefor, the Court **GRANTS** the Joint Motion to Dismiss this Entire Action, All Defendants, All Causes of Action, with Prejudice. Accordingly, this Entire Action, all Defendants, and All Causes of Action are **DISMISSED WITH PREJUDICE**.

**DATED: December 23, 2014**

**Hon. Cynthia Bashant**
**United States District Judge**